**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Paulino Nunez aka Paulino D. Nunez <br> Debtor | CHAPTER 13 <br><br> BKY. NO. 11-22609 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Nationstar Mortgage LLC as Servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-10N, and index same on the master mailing list.

Re: Loan # Ending In: 3716

Respectfully submitted,

**/s/Denise Carlon, Esquire**
Denise Carlon, Esquire
Thomas Puleo, Esquire
Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734