United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 11-22609-ref
Paulino Nunez                                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Cathleen           Page 1 of 3              Date Rcvd: Dec 21, 2016
                        Form ID: 138NEW          Total Noticed: 80

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2016.
```
db         +Paulino Nunez,    40 Hilgert Avenue,    Shillington, PA 19607-2320
smg        +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg        +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg        +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr         +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, PC,
             51 E. Bethpage Rd,    Plainview, NY 11803-4224
cr         +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
             51 E. Bethpage Road,    Plainview, NY 11803-4224
12585548    American Express,    P.O. Box 360001,    Fort Lauderdale, FL 33336-0001
12650167    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12585549   +Andrew J. Dick, Esquire,    Zwicker & Associates, P.C.,    150 Allens Creek Road,
             Rochester, NY 14618-3308
12564174   +Ashleigh Levy Marin, Esquire,    200 Sheffield Street,    Suite 101,
             Mountainside, NJ 07092-2315
12628324   +Aurora Bank FSB,    c/o Kimberly A. Bonner, Esq.,    Zucker, Goldberg & Ackerman, LLC,
             200 Sheffiel St.,    Mountainside, NJ 07092-2315
12568538  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
            (address filed with court: FIA CARD SERVICES, N.A.,      PO Box 15102,
             Wilmington, DE 19886-5102)
12585550    Bank of America,    P.O. Box 15716,    Wilmington, DE 19886-5716
12571749   +Berks County Tax Claim Bureau,    Berks County Service Center,    633 Court Street, 2nd floor,
             Reading, PA 19601-3552
12585551   +Candida Frias,    321 N. 8th Street,    2nd Floor, Front,    Reading, PA 19601-4103
12926940   +Capital One, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
12585552   +Citi Mortgage Inc.,    PO BOX 183040,    Columbus, OH 43218-3040
12698912    CitiMortgage, Inc.,    P.O. Box 6030,    Sioux Falls, SD  57117-6030
12585554   +Clara Rodriguez,    40 Hilgert Avenue,    Reading, PA 19607-2320
12585553   +Clara Rodriguez,    40 Hilgert Avenue,    Shillington, PA 19607-2320
12585558    District Court Suffolk County,    Second District,    30 East Hoffman Avenue,
             Lindenhurst, NY 11757-5001
12585559   +Eduvise Rosario,    319 N. 8th Street,    1st Floor,    Reading, PA 19601-4103
12585562   +FIA Card Services,    275 S. Valencia Avenue,    Brea, CA 92823-6340
13248175    Federal National Mortgage Association,    (Fannie Mae) c/o Seterus, Inc.,    PO Box 1047,
             Hartford, CT 06143-1047
12585560   +Felicia Parra,    323 N. 8th Street,    Reading, PA 19601-4660
12585561   +Feliz Miranda Muriel,    317 N. 8th Street,    1st Floor,    Reading, PA 19601-4103
12564176   +Frederic I. Weinberg, Esquire,    Gordon & Weinberg P C,    1001 E Hector Street, Ste. 220,
             Conshohocken, PA 19428-2395
12585566   +HSBC Bank,    P.O. Box 5253,    Carol Stream, IL 60197-5253
12713021   +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
             Norfolk VA 23541-0907
12585567    Jason Kalmar, Esquire,    Rosicki, Rosicki & Associates,    Main Office 51 E Bethpage Road,
             Plainview, NY  11803
12564178   +Joel A. Ackerman, Esquire,    200 Sheffield Street,    Suite 101,    Mountainside, NJ 07092-2315
12585568   +Jorge & Maria Andino,    104 Crestview Drive,    Reading, PA 19608-9826
12585569   +Juan M. Tirado,    323 N. 8th Street,    3rd Floor,    Reading, PA 19601-4661
12585570   +Katherine M. Lopez,    321 N. 8th Street,    2nd Floor,    Reading, PA 19601-4103
12585571   +Kristy Rivera&Patricia Milliso,    229 Pearl Street,    Reading, PA 19602-1822
12780703   +Lau & Associates, P.C.,    Shawn J. Lau, Esquire,    4228 St. Lawrence Avenue,
             Reading, PA 19606-2894
12585572   +Lourdes Negron & Ronie Perez,    319 N. 8th Street,    2nd Floor,    Reading, PA 19601-4103
12585573   +Lucas Resendiz & Nancy Salazar,    227 Pearl Street,    Reading, PA 19602-1822
12585574   +Luis C. Aponte,    817 N. Elm Street,    2nd Floor, Rear,    Reading, PA 19601-3130
12585575   +Luz M. Agramonte,    817 N. Elm Street,    2nd Floor, Front,    Reading, PA 19601-3130
12585577   +Maria & Jorge Andino,    104 Crestview Drive,    Sinking Spring, PA 19608-9826
12585578   +Maria Delgado,    323 N. 8th Street,    1st Floor, Front,    Reading, PA 19601-4660
12585579   +Maria Zorrilla,    317 N. 8th Street,    2nd Floor,    Reading, PA 19601-4103
12585580   +Migdalia Rodriguez,    1027 Spruce Street,    Reading, PA 19602-1932
12863581  ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
            (address filed with court: Nationstar Mortgage, LLC,     350 Highland Drive,
             Lewisville, TX 75067)
12585581   +Niurca Espinal,    323 N. 8th Street,    1st Floor, Rear,    Reading, PA 19601-4660
12585582   +Pablo J. Sabala,    300 Beckley Street,    Wernersville, PA 19565-1508
12585585   +Rosa Albarez,    817 N. Elm Street,    1st Floor,    Reading, PA 19601-3130
12585586   +Rosa Guerra Ortiz,    322 N. 5th Street,    Apt. 2, 2nd Floor,    Reading, PA 19601-3026
12585587   +Rosa Meacham & Kenneth Meacham,    1520 Little East Neck Road,    Wyandanch, NY 11798-4207
12585588    Sears,    P.O. Box 182149,    Columbus, OH 43218-2149
12585589    Stereus, Inc.,    IBM Lender Business Process,    8501 IBM Dr Bldg 201,
             Charlotte, NC 28262-4333
12585590    The Home Depot/CBSD,    P.O. Box 6003,    Hagerstown, MD 21747-000
13498432   +US Bank/Lehman XS Trust Mortgage,    Nationstar Mortgage,    PO BOX 619094,
             Dallas, TX 75261-9741,    Dallas, TX 75261-9094
```

```
District/off: 0313-4           User: Cathleen                Page 2 of 3                   Date Rcvd: Dec 21, 2016
                               Form ID: 138NEW              Total Noticed: 80


13498431      +US Bank/Lehman XS Trust Mortgage,    Nationstar Mortgage,    PO BOX 619096,
                Dallas, TX 75261-9096
12585591      +Wanda Romero Santiago,    321 N. 8th Street,    1st Floor, Rear,    Reading, PA 19601-4103
13498429      +Wilmington Trust /Citibank,    Nationstar Mortgage,    PO BOX 619096,    Dallas, TX 75261-9096
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: robertsl2@dnb.com Dec 22 2016 02:09:12      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2016 02:09:01
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 22 2016 02:09:17       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bncmail@w-legal.com Dec 22 2016 02:09:12      CANDICA, L.L.C.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2016 02:24:18
                 PRA Receivables Management, LLC,    PO Box 12907,    Norfolk, VA 23541-0907
12664507      +E-mail/Text: bncmail@w-legal.com Dec 22 2016 02:09:12      Candica, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
12585555       E-mail/Text: mrdiscen@discover.com Dec 22 2016 02:08:47      DB Servicing Corporation,
                 P.O. Box 3025,    New Albany, OH  43054-3025
12585556       E-mail/Text: mrdiscen@discover.com Dec 22 2016 02:08:47      Discover Bank,
                 6500 New Albany Road,    New Albany, OH  43054-0000
12585557       E-mail/Text: mrdiscen@discover.com Dec 22 2016 02:08:47      Discover Financial Services,
                 P.O. Box 3008,    New Albany, OH  43054-3008
12576165       E-mail/Text: mrdiscen@discover.com Dec 22 2016 02:08:47      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
12724621      +E-mail/Text: Diane@mvrlaw.com Dec 22 2016 02:08:48      Federal National Mortgage Association,
                 c/o Marth E. Von Rosenstiel, PC,    649 South Avenue,    Secane PA 19018-3541
12650170      +E-mail/Text: bankruptcy@fult.com Dec 22 2016 02:09:35      Fulton Bank,
                 Attn: Special Assets Dept,    P.O. Box 4887,    Lancaster PA 17604-4887
12585564      +E-mail/Text: bankruptcy@fult.com Dec 22 2016 02:09:35      Fulton Bank N.A.,    P.O. Box 69,
                 East Petersburg, PA 17520-0069
12564177      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2016 02:02:36      GE Money Bank d/b/a Lowes,
                 4125 Windward Plaza Drive,    Alpharetta, GA 30005-8738
12585565       E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2016 02:02:36      GEMB/Gap,    P.o. Box 981400,
                 C1OT,    El Paso, TX  79998-1400
12564179      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2016 02:02:36      Lowes,
                 4125 Windward Plaza Drive,    Alpharetta, GA 30005-8738
12677078       E-mail/Text: camanagement@mtb.com Dec 22 2016 02:08:55      M&T Bank,    1100 Wehrle Drive,
                 Williamsville, NY 14221
12585576       E-mail/Text: camanagement@mtb.com Dec 22 2016 02:08:55      M&T Bank,    P.O. Box 1056,
                 Buffalo, NY  14240-1056
12724069       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2016 02:23:23
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13030831      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2016 02:23:23
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
12585592       E-mail/Text: bankruptcydept@wyn.com Dec 22 2016 02:09:17      Wyndham Consumer Finance,
                 P.O. Box 98940,    Las Vegas, NV  89193-8940
12649879      +E-mail/Text: bankruptcydept@wyn.com Dec 22 2016 02:09:17      Wyndham Vacation Resorts Inc.,
                 PO BOX 97474,    Las Vegas, NV 89193-7474
                                                                                              TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CitiMortgage Inc.
13498430        Wilmington Trust /Citibank,    Nationstar Mortgage,    PO BOX 619094
cr*            ++M&T BANK,   LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
               (address filed with court: M&T Bank,     1100 Wehrle Drive,    Williamsville, NY  14221)
cr*            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: NATIONSTAR MORTGAGE, LLC,      350 Highland Drive,
                 Lewisville, TX  75067)
12585563*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: FIA Card Services, N.A.,      Successor to Bank of America,
                 P.O. Box 15102,    Wilmington, DE  19886-5102)
12669067*     +Candica, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
12863582*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,      350 Highland Drive,
                 Lewisville, TX  75067)
12564175      ##+Aurora Loan Services LLC,    2617 College Park Drive,    Scottsbluff, NE 69361-2294
12585583      ##+Ramona Cabas,    322 N. 5th Street,    Apt. 3 1st Floor,    Reading, PA 19601-3026
12585584      ##+Reina Nunez,   1520 Little East Neck Road,     Wyandanch, NY 11798-4207
                                                                                      TOTALS: 2, * 5, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-4          User: Cathleen              Page 3 of 3                   Date Rcvd: Dec 21, 2016
                              Form ID: 138NEW             Total Noticed: 80
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2016 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-10N bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KIMBERLY A. BONNER    on behalf of Creditor    AURORA BANK FSB amps@manleydeas.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SHAWN J. LAU    on behalf of Debtor Paulino  Nunez shawn_lau@msn.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Paulino Nunez
    Debtor(s)

Bankruptcy No: 11−22609−ref
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

  1. The Standing Chapter 13 Trustee has filed his final report and account.

  2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

      400 Washington Street
      Suite 300
      Reading, PA 19601

within 30 days from the date of this notice.

  3. In the absence of any objection, the Court may enter the Order of Discharge.

                For The Court

                Timothy B. McGrath
                Clerk of Court

Dated: 12/21/16