# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>PAULINO NUNEZ a/k/a<br>PAULINO D. NUNEZ<br>            Debtor | CHAPTER 13<br><br>Bankruptcy No. 11-22609 |
|---|---|

## CERTIFICATE OF SERVICE

I, Shawn J. Lau of Lau of Associates P.C., do hereby certify that I served a true and correct copy of the Notice and DEBTOR'S OBJECTION TO FORM 410S1 NOTICE OF MORTGAGE PAYMENT CHANGE FILED BY U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-10N via electronic means and/or first class mail, postage prepaid on this 18th day of January 2017 upon the following parties:

Frederick Reigle
Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading PA 19606

Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Nationstar Mortgage, LLC
350 Highland Drive
Lewisville, TX 75067

Brian Nicholas
KML Law Group P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

                                        */s/ Shawn J. Lau*
                                        Shawn J. Lau, Esquire
                                        LAU & ASSOCIATES, P.C.
                                        4228 St. Lawrence Ave.
                                        Reading, PA  19606